

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2021

No. 04-21-00354-CV

**IN THE INTEREST OF S.E.L.P., A CHILD**,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01434
The Honorable Kimberly Burley, Judge Presiding

## O R D E R

Appellee's brief was originally due November 16, 2021. On November 18, 2021, appellee filed a motion requesting a two-day extension of time to file its brief. Appellee also filed its brief alongside the motion for extension of time. After consideration, we **GRANT** appellee's motion for extension of time and deem its brief timely filed as of November 18, 2021.

It is so **ORDERED** November 19, 2021.

**PER CURIAM**

ATTESTED TO: _____
      MICHAEL A. CRUZ,
      CLERK OF COURT